# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NORETTA THOMAS AND DEMETRICE
BUTLER, EACH INDIVIDUALLY,
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

VERSUS

A. WILBERT & SONS, INC.,
L.L.C. AND XYZ INSURANCE
COMPANY

CONSOLIDATED WITH

TROY ROBICHAUX, SHANNON
ROBICHAUX, MICHAEL J.
TUMINELLO, SR., AND OLIVE D.
TUMINELLO

VERSUS

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF HEALTH AND
HOSPITALS AND THROUGH THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY AND DOW CHEMICAL
COMPANY

**JUNE 2, 2025**

---

In Re:    Troy Robichaux, et al., applying for supervisory writs,
          18th Judicial District Court, Parish of Iberville, No.
          55,127 c/w 56,803.

---

BEFORE:    PENZATO, STROMBERG, AND FIELDS, JJ.

**WRIT NOT CONSIDERED.** The Court is unable to ascertain the timeliness of this writ application. Relators' notice of intent was filed on March 24, 2025, more than thirty days after the district court signed the October 22, 2024 judgment denying relators' motion for increase in deposit and for implementation of MNA contingency actions. The writ application does not include a copy of the notice of judgment. Although relator filed a motion for new trial from the October 22, 2024 judgment, if that ruling was interlocutory, a motion for new trial pertains only to final judgments and was procedurally improper. Moreover, the filing of a motion for new trial seeking reconsideration of an interlocutory ruling cannot interrupt the thirty-day period for filing an application for supervisory writs established by Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal. See **Carter v. Rhea,** 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025. In addition, this court requires a copy of the entire August 29, 2024 hearing transcript in the event a new writ application is filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before July 2, 2025, and must contain a copy of this ruling.

**AHP**
**TPS**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT